Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JOHN H. BANKS ━━━ v. UNITED STATES

No. 2016-2305

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: (SEE ATTACHED) ━━━
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Mark E. Christensen
Law firm: Christensen Ehret LLP
Address: 135 South LaSalle Suite 4200
City, State and ZIP: Chicago, IL 60603
Telephone: (312) 634-1014
Fax #: (312) 634-1018
E-mail address: mchristensen@christensenlaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/23/12

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

7/21/2016
Date

_____
Signature of pro se or counsel

cc: _____

123

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## BANKS v. U.S., 2016-2305

## ADDENDUM TO ENTRY OF APPEARANCE OF
## MARK E. CHRISTENSEN FOR PLAINTIFFS

Counsel for the Appellants certifies the following:

1. The full name of every party represented by me is:

John H. and Mary E. Banks, Michael R. and Janice Anderson, Andrew C. Bodnar and Christine M. Zaj-Bodnar, Gregory R. and Candice C. Bovee, Frank H. Bunker, Richard R. and M. Lynn Carter, Donald R. and Gail L. Chapman, J. Thomas Conklin Trust, Gerard V. and Ruth Cosgrove as trustees of the Gerard V. Cosgrove and Ruth Cosgrove Living Trust, Marilyn J. Cunat, Marc and Mary Del Mariani, Ehret Michigan Trust, Victor J. and Frances B. Horvath Trust, George J. Gregule, Jr., Victoria Jackson aka Victoria Illsen, Hyun S. Jyung Trust, Robert J. and Patricia Kane, Frank F. and Charlotte D. Lahr, Richard Neuser, Robert S. and Pamela S. Pancoast, Dorothy A. Renner, as trustee of Dorothy Renner Trust, Leonard J. Smith, Kay F. Varga aka Kay F. Smith, Marcia Wineberg, Robert D. and Maria Melcher, Carolynne K. Morvis Trust, Craig D. and Cherie Okonski, Kent and Margaret Werger, Roger B. and Ann C. Wilschke, Country, L.L.C., Greenbriar Development, L. Richard and Nancy A. Marzke, Donald D. and Judith E. Miller, Notre Dame Path Condominium Association, Herzl Ragins, M.D., Elizabeth S. Errant aka Elizabeth Saphir, Bank one fka NBD Bank, N.A., Trustee of the Thelma C. McKay Trust.

2. The real party in interest represented by me is:

J. Thomas Conklin Trust – Thomas J. Conklin, Ehret Michigan Trust – Carole L. Ehret and Theodore L. Ehret, Victor J. and Frances B. Horvath Trust – Estate of Francis B. Horvath and Donna Peterson Frett.

# CERTIFICATE OF SERVICE

I hereby certify that, on July 25, 2016, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system, which will send a notice of electronic filing to the undersigned counsel of record.

I certify that all participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

John L. Smeltzer
Appellate Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7415
Washington, DC 20044
John.smeltzer@usdoj.gov

Terry M. Petrie
United States Department of Justice
Environment and Natural Resources Division
999 18th Street South
Terrace, Suite 370
Denver, CO 80202
terry.petrie@usdoj.gov

/s/Mark E. Christensen
MARK E. CHRISTENSEN